**DENIED; Opinion Filed August 26, 2013.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-13-01091-CV
No. 05-13-01093-CV
No. 05-13-01094-CV

**IN RE KEITH SOMERVILLE, Relator**

**Original Proceeding from the 204th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F86-93602-LQ**

## MEMORANDUM OPINION

Before Justices FitzGerald, Lang, and Myers
Opinion by Justice Lang

Relator contends that his conviction was void because the trial court violated the Interstate Agreement on Detainers Act in that he was not brought to trial within the statutorily required time. The facts and issues are well known to the parties, so we need not recount them herein. Based on the record before us, we conclude relator has not shown he is entitled to the relief requested. *See* TEX. R. APP. P. 52.8(a); *Simon v. Levario*, 306 S.W.3d 318, 320-21 (Tex. Crim. App. 2009) (orig. proceeding); *State of Tex. ex rel. Hill v. Court of Appeals for the Fifth Dist.*, 34 S.W.3d 924, 927 (Tex. Crim. App. 2001) (orig. proceeding). Accordingly, we **DENY**

relator's petition for writ of mandamus.

/Douglas S. Lang/
DOUGLAS S. LANG
131091F.P05                                JUSTICE